UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>         Plaintiff,<br><br>    v.<br><br>STEVE MORROW, et al.<br><br>         Defendants. | Case No.  20-cv-07751-JCS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 8 |

Defendants Steve Morrow, Genesis Global, and Genesis Global Hardware, Inc. moved to dismiss Plaintiff Xiaohua Huang's original complaint.  *See* Mot. (dkt. 8).  In response, Huang filed a first amended complaint as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. *See* 1st Am. Compl. (dkt. 12).  Because the amended complaint supersedes the original complaint that Defendants sought to dismiss, Defendants' motion is DENIED as moot, without prejudice to any argument Defendants might raise with respect to the first amended complaint.  The hearing noticed for January 8, 2021 is VACATED.

**IT IS SO ORDERED.**

Dated: December 14, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge