UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE MORROW, et al.<br><br>    Defendants. | Case No. 20-cv-07751-JCS<br><br>**ORDER REGARDING SCHEDULE FOR MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 19 |

In response to Defendants' motion to dismiss the first amended complaint, Plaintiff Xiaohua Huang, pro se, filed a motion for leave to file a second amended complaint removing all claims against Defendant Steve Morrow. Huang did not notice his motion for a hearing as required by Civil Local Rule 7-2(a). The Court therefore sets the following schedule:

(1) Defendants shall file their opposition or statement of non-opposition to Huang's motion for leave to amend, as well as a reply brief (if they choose to file one) in support of their motion to dismiss, no later than January 19, 2021;

(2) Huang shall file his reply in support of his motion for leave to amend no later than January 26, 2021;

(3) If necessary, the Court will hold a videoconference hearing on both pending motions on February 12, 2021 at 9:30 AM.[1]

**IT IS SO ORDERED.**

Dated: January 5, 2021

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] The hearing on Defendants' motion to dismiss, previously noticed for January 29, 2021, is CONTINUED to February 12, 2021.