UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOHUA HUANG,<br><br>Plaintiff,<br><br>v.<br><br>STEVE MORROW, et al.<br><br>Defendants. | Case No.  20-cv-07751-JCS<br><br>**ORDER DENYING PENDING MOTIONS AS MOOT IN LIGHT OF DISMISSAL**<br><br>Re: Dkt. Nos. 16, 19, 36, 37 |

Plaintiff Xiaohua Huang, pro se, has voluntarily dismissed all of his claims in this case under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, which does not require a court order for dismissal to be effective where, as here, no defendant has served either an answer or a motion for summary judgment.  *See* dkts. 33, 38.  With no claims remaining to be adjudicated, the following pending motions are DENIED as moot: Defendants' motion to dismiss (dkt. 16), Huang's motion for leave to amend (dkt. 19), Huang's administrative motion to file under seal (dkt. 36),[1] and Huang's motion to disqualify opposing counsel (dkt. 37).

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: February 16, 2021

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Pursuant to Civil Local Rule 79-5(f)(2), documents provisionally filed under seal in connection with Huang's motion will remain under seal, but will not be considered by the Court for any purpose.